SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Emily D. Anderson, *Admitted Pro Hac Vice*
30 Rockefeller Plaza
New York, New York 10112-0015
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
Email: emanderson@sheppardmullin.com
Lead Counsel for Defendant

McDONALD CARANO LLP
Matthew C. Addison, NV Bar No. 4201
100 W. Liberty Street, Tenth Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: maddison@mcdonaldcarano.com
Local Counsel for Defendant

Attorneys for Defendant
NEVADA GOLD ENERGY LLC

## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WOOD GROUP USA, INC., as successor in interest by merger to AMEC FOSTER WHEELER KAMTECH, INC., a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA GOLD ENERGY, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 3:24-cv-00273-MMD-CLB<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND ORDER THEREON**<br><br>(First Request) |

Pursuant to the provisions of LR IA 6-1 and LRIA 6-2, Plaintiff Wood Group USA, Inc., as successor in interest by merger to Amec Foster Wheeler Kamtech Inc. ("Plaintiff") and Defendant Nevada Gold Energy LLC ("NGE"), by and through their respective counsel, hereby stipulate that Defendant may have an extension of time to August 2, 2024 in which to respond to the Summons and Complaint filed and served by Plaintiff. The reasons for the extension are to give the parties more time to digest Judge Du's decision on the Motion for a Temporary

-1-    Case No. 3:24-cv-00273-MMD-CLB

SMRH:4878-2088-6227.2

Restraining Order and Preliminary Injunction and to allow the parties to continue their on-going, informal attempts to resolve this matter without further litigation or expense to either side.

The parties have not requested any other extensions from this Court.

Dated: July 22, 2024

**ORDER**

**IT IS SO ORDERED.**
DATED: July 29, 2024.

_____
**UNITED STATES MAGISTRATE JUDGE**

**DICKINSON WRIGHT, PLLC**

By: _____
Brian R. Irvine
*Attorneys for Plaintiff*
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Telephone: (775) 343-7507
birvine@dickinson-wright.com

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: _____
Emily D. Anderson
*Admitted Pro Hac Vice*
*Attorneys for Defendant*
30 Rockefeller Plaza
New York, NY 10112-0015
Telephone: (212) 653-8700
EmAnderson@sheppardmullin.com

**McDONALD CARANO LLP**
Matthew C. Addison
*Attorneys for Defendant*
100 W. Liberty Street, Tenth Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
maddison@mcdonaldcarano.com