1  **DICKINSON WRIGHT, PLLC**
   John P. Desmond, Nevada Bar No. 5618
2  Brian R. Irvine, Nevada Bar No. 7758
   Email: jdesmond@dickinson-wright.com
3  Email: birvine@dickinson-wright.com
   100 West Liberty Street, Suite 940
4  Reno, NV  89501
   Tel: (775) 343-7500
5  Fax: (844) 670-6009

6  **K&L GATES LLP**
   Ryan A. Lee (*pro hac vice pending*)
7  J. Palmer Smith (*pro hac vice pending*)
   Email: ryan.lee@klgates.com
8  Email: palmer.smith@klgates.com
   501 Commerce Street, Suite 1500
9  Nashville, TN  37203
   Tel: (615) 780-6700
10 Fax: (615) 780-6799

11 **K&L GATES LLP**
   Christopher J. Valente (*pro hac vice pending*)
12 Email: christopher.valente@klgates.com
   1 Congress Street, Suite 2900
13 Boston, MA  02114
   Tel: (617) 261-3100
14 Fax: (617) 261-3175

15 *Attorneys for Wood Group USA, Inc.*

## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WOOD GROUP USA, INC., as successor in interest by merger to AMEC FOSTER WHEELER KAMTECH, INC., a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA GOLD ENERGY, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO.   3:24-cv-00273-MMD-CLB<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>(**Second Request**) |

Pursuant to the provisions of LR IA 6-1 and LRIA 6-2, Plaintiff Wood Group USA, Inc., as successor in interest by merger to Amec Foster Wheeler Kamtech Inc. ("Plaintiff") and Defendant Nevada Gold Energy LLC ("NGE"), by and through their respective counsel, hereby stipulate that

SMRH:4870-9395-3492.1               -1-

1  Defendant may have an extension of time to August 15, 2024 in which to respond to the Summons and
2  Complaint filed and served by Plaintiff. The reasons for the extension are to give the parties more time
3  to allow the parties to continue their on-going, informal attempts to resolve this matter without further
4  litigation or expense to either side.

   This is the parties second request for an extension.

   Dated this 1st day of August, 2024.

| **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** | **DICKINSON WRIGHT PLLC** |
|---|---|
| By: *(signature)* | By: */s/ Brian R. Irvine* |
| Emily D. Anderson (*admitted pro hac vice*) | John P. Desmond, Nevada Bar No. 5618 |
| 30 Rockefeller Plaza | Brian R. Irvine, Nevada Bar No. 7758 |
| New York, NY  10112-0015 | Email: jdesmond@dickinson-wright.com |
| Tel: (212) 653-8700 | Email: birvine@dickinson-wright.com |
| Email: EmAnderson@sheppardmullin.com | 100 West Liberty Street, Suite 940 |
|  | Reno, NV  89501 |
| **McDONALD CARANO LLP** | Tel: (775) 343-7500 |
| Matthew C. Addison | Fax: (844) 670-6009 |
| 100 W. Liberty Street, Tenth Floor |  |
| Reno, NV  89501 | **K&L GATES LLP** |
| Tel: (775) 788-2000 | Ryan A. Lee (*pro hac vice pending*) |
| maddison@mcdonaldcarano.com | Palmer Smith (*pro hac vice pending*) |
|  | Email: ryan.lee@klgates.com |
| *Attorneys for Defendant* | Email: palmer.smith@klgates.com |
|  | 501 Commerce Street, Suite 1500 |
|  | Nashville, TN  37203 |
|  | Tel: (615) 780-6700 |
|  | Fax: (615) 780-6799 |
|  |  |
|  | **K&L GATES LLP** |
|  | Christopher J. Valente (*pro hac vice pending*) |
|  | Email: christopher.valente@klgates.com |
|  | 1 Congress Street, Suite 2900 |
|  | Boston, MA  02114 |
|  | Tel: (617) 261-3100 |
|  | Fax: (617) 261-3175 |
|  |  |
|  | *Attorneys for Plaintiff Wood Group USA, Inc.* |

IT IS SO ORDERED.
Dated: August 2, 2024

*(signature)*

U.S. MAGISTRATE JUDGE