SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Emily D. Anderson, *Admitted Pro Hac Vice*
30 Rockefeller Plaza
New York, New York 10112-0015
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
Email: emanderson@sheppardmullin.com
Lead Counsel for Defendant

McDONALD CARANO LLP
Matthew C. Addison, NV Bar No. 4201
100 W. Liberty Street, Tenth Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
Facsimile:  (775) 788-2020
Email: maddison@mcdonaldcarano.com
Local Counsel for Defendant

Attorneys for Defendant
NEVADA GOLD ENERGY LLC

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WOOD GROUP USA, INC., as successor in interest by merger to AMEC FOSTER WHEELER KAMTECH, INC., a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA GOLD ENERGY, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO.  3:24-cv-00273-MMD-CLB<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>(Third Request) |

Pursuant to the provisions of LR IA 6-1 and LRIA 6-2, Plaintiff Wood Group USA, Inc., as successor in interest by merger to Amec Foster Wheeler Kamtech Inc. ("Plaintiff") and Defendant Nevada Gold Energy LLC ("NGE"), by and through their respective counsel, hereby stipulate that Defendant may have an extension of time to August 30, 2024 in which to respond to the Summons and Complaint filed and served by Plaintiff.  The reason for the extension is to

SMRH:4864-2764-6168.1

1  allow the parties to continue their on-going, informal attempts to resolve this matter without
2  further litigation or expense to either side.
3      This is the third extension that the parties are seeking from this Court.

Dated: August 15, 2024

**DICKINSON WRIGHT, PLLC**

By: /s/ *Brian R. Irvine*
    Brian R. Irvine
    *Attorneys for Plaintiff*
    100 W. Liberty Street, Suite 940
    Reno, Nevada 89501
    Telephone: (775) 343-7507
    birvine@dickinson-wright.com

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: _____
    Emily D. Anderson
    *Admitted Pro Hac Vice*
    *Attorneys for Defendant*
    30 Rockefeller Plaza
    New York, NY 10112-0015
    Telephone: (212) 653-8700
    EmAnderson@sheppardmullin.com

**McDONALD CARANO LLP**
    Matthew C. Addison
    *Attorneys for Defendant*
    100 W. Liberty Street, Tenth Floor
    Reno, Nevada 89501
    Telephone: (775) 788-2000
    maddison@mcdonaldcarano.com

**ORDER**

The parties' request for an extension of time for Defendant Nevada Gold Energy LLC ("Defendant") to respond to the Summons and Complaint filed by Plaintiff Wood Group USA, Inc., as successor in interest by merger to Amec Foster Wheeler Kamtech Inc. ("Plaintiff") is granted.

Defendant shall have until August 30, 2024 to file a responsive pleading to Plaintiffs' Summons and Complaint.

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: August 16, 2024