**DICKINSON WRIGHT, PLLC**
John P. Desmond, Nevada Bar No. 5618
Brian R. Irvine, Nevada Bar No. 7758
Email: jdesmond@dickinson-wright.com
Email: birvine@dickinson-wright.com
100 West Liberty Street, Suite 940
Reno, NV 89501
Tel: (775) 343-7500
Fax: (844) 670-6009

**K&L GATES LLP**
Ryan A. Lee (*pro hac vice pending*)
J. Palmer Smith (*pro hac vice pending*)
Email: ryan.lee@klgates.com
Email: palmer.smith@klgates.com
501 Commerce Street, Suite 1500
Nashville, TN 37203
Tel: (615) 780-6700
Fax: (615) 780-6799

**K&L GATES LLP**
Christopher J. Valente (*pro hac vice pending*)
Email: christopher.valente@klgates.com
1 Congress Street, Suite 2900
Boston, MA 02114
Tel: (617) 261-3100
Fax: (617) 261-3175

*Attorneys for Wood Group USA, Inc.*

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WOOD GROUP USA, INC., as successor in interest by merger to AMEC FOSTER WHEELER KAMTECH, INC., a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA GOLD ENERGY, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO.    3:24-cv-00273-MMD-CLB<br><br>**ORDER GRANTING STIPULATION PERMITTING FILING OF AMENDED COMPLAINT AND SETTING SCHEDULE FOR RESPONSES TO AMENDED COMPLAINT AND COUNTERCLAIMS**<br><br>**(First Request)** |

Pursuant to the provisions of LR IA 6-1 and LRIA 6-2, Plaintiff/Counterdefendant Wood Group USA, Inc., as successor in interest by merger to Amec Foster Wheeler Kamtech Inc. ("Wood") and Defendant/Counterclaimant Nevada Gold Energy LLC ("NGE"), by and through their respective

counsel, hereby stipulate and agree as follows:

1. Wood filed its Complaint on June 27, 2024

2. Following extensions approved by the Court, NGE filed its Answer to the Complaint with Counterclaims on August 30, 2024.

3. Wood's response to NGE's Counterclaims is currently due to be filed on or before September 20, 2024.

4. Representatives of NGE and Wood have been meeting in an effort to amicably resolve this matter without further legal intervention.

5. Wood intends to file an Amended Complaint to supplement its claims based on activities that occurred after the filing of the original Complaint, in the event that the representatives are unable to come to a mutually agreeable solution.

6. In the interest of efficiency to the Parties and the Court, and in order to provide a more streamlined docket in this case and give the parties more time to allow the parties' representatives to continue their on-going, informal attempts to resolve this matter without further litigation or expense to either side, the Parties stipulate and agree that:

    a. Wood may file an Amended Complaint on or before October 4, 2024;

    b. NGE shall file its response to Wood's Amended Complaint, including any Counterclaims by NGE, on or before October 18, 2024;

    c. Wood shall file its response to any Counterclaims filed by NGE on or before November 1, 2024; and

///
///
///
///
///
///
///
///

d. Any prior pleading deadlines resulting from the filing of NGE's Answer with Counterclaims is extended accordingly.

This is the parties' first request for an extension related to the Counterclaims.

Dated this 20th day of September, 2024.

| | |
|---|---|
| **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br><br>By: /s/ Emily D. Anderson<br>Emily D. Anderson (*admitted pro hac vice*)<br>30 Rockefeller Plaza<br>New York, NY  10112-0015<br>Tel: (212) 653-8700<br>Email: EmAnderson@sheppardmullin.com<br><br>**McDONALD CARANO LLP**<br>Matthew C. Addison<br>100 W. Liberty Street, Tenth Floor<br>Reno, NV  89501<br>Tel: (775) 788-2000<br>maddison@mcdonaldcarano.com<br><br>*Attorneys for Defendant* | **DICKINSON WRIGHT PLLC**<br><br>By: /s/ Brian R. Irvine<br>John P. Desmond, Nevada Bar No. 5618<br>Brian R. Irvine, Nevada Bar No. 7758<br>Email: jdesmond@dickinson-wright.com<br>Email: birvine@dickinson-wright.com<br>100 West Liberty Street, Suite 940<br>Reno, NV  89501<br>Tel: (775) 343-7500<br>Fax: (844) 670-6009<br><br>**K&L GATES LLP**<br>Ryan A. Lee (*pro hac vice pending*)<br>Palmer Smith (*pro hac vice pending*)<br>Email: ryan.lee@klgates.com<br>Email: palmer.smith@klgates.com<br>501 Commerce Street, Suite 1500<br>Nashville, TN  37203<br>Tel: (615) 780-6700<br>Fax: (615) 780-6799<br><br>**K&L GATES LLP**<br>Christopher J. Valente (*pro hac vice pending*)<br>Email: christopher.valente@klgates.com<br>1 Congress Street, Suite 2900<br>Boston, MA  02114<br>Tel: (617) 261-3100<br>Fax: (617) 261-3175<br><br>*Attorneys for Plaintiff Wood Group USA, Inc.* |

**ORDER**

The parties' request allowing Plaintiff/Counterdefendant Wood Group USA, Inc., as successor in interest by merger to Amec Foster Wheeler Kamtech Inc. ("Wood") to file an Amended Complaint and setting a schedule for responses to the Amended Complaint and any Counterclaims filed by Defendant Nevada Gold Energy LLC ("Defendant") is granted.

Wood may file an Amended Complaint on or before October 4, 2024. NGE shall file its response to Wood's Amended Complaint, including any Counterclaims by NGE, on or before October 18, 2024. Wood shall file its response to any Counterclaims filed by Wood on or before November 1, 2024.

IT IS SO ORDERED:

Dated: September 20, 2024

_____
United States Magistrate Judge