Emily D. Anderson (New York Bar No. 5174594)
(admitted *pro hac vice*)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, New York 10112-0015
Telephone: 212-653-8700
Facsimile: 212-653-8701
emanderson@sheppardmullin.com
Lead Counsel for Defendant

Matthew C. Addison (Nevada Bar No. 4201)
McDONALD CARANO LLP
100 W. Liberty Street, Tenth Floor
Reno, Nevada 89501
Telephone: 775-788-2000
Facsimile: 775-788-2020
maddison@mcdonaldcarano.com

*Attorneys for Defendant*
NEVADA GOLD ENERGY LLC

**UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WOOD GROUP USA, INC., as successor in interest by merger to AMEC FOSTER WHEELER KAMTECH, INC., a Texas corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>NEVADA GOLD ENERGY, LLC, a Delaware limited liability company,<br><br>    Defendant. | CASE NO. 3:24-cv-00273<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |

**IT IS HEREBY STIPULATED** by and between Plaintiff Wood Group USA, Inc., as successor in interest by merger to Amec Foster Wheeler Kamtech, Inc. ("Plaintiff") and Defendant Nevada Gold Energy LLC ("Defendant") (collectively, the "Parties") that, pursuant to Rule 41(a)(1)(A), Fed. R. Civ. P., the above-entitled action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

WHEREFORE, the Parties respectfully request that Case No. 3:24-cv-00273 be dismissed with prejudice.

Respectfully submitted,

Dated: February 3, 2025

| DICKINSON WRIGHT PLLC | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|---|---|
| By: /s/ (14300) | By: /s/ Emily Anderson |
| John P. Desmond, Nevada Bar No. 5618 | Emily D. Anderson |
| Brian R. Irvine, Nevada Bar No. 7758 | Admitted Pro Hac Vice |
| Email: jdesmond@dickinson-wright.com | 30 Rockefeller Plaza |
| Email: birvine@dickinson-wright.com | New York, New York 10112-0015 |
| 100 West Liberty Street, Suite 940 | Telephone: (212) 653-8700 |
| Reno, NV 89501 | Facsimile: (212) 653-8791 |
| Tel: (775) 343-7500 | Email: emanderson@sheppardmullin.com |
| Fax: (844) 670-6009 | *Lead Counsel for Defendant* |

**K&L GATES LLP**
Ryan A. Lee
J. Palmer Smith
Email: ryan.lee@klgates.com
Email: palmer.smith@klgates.com
501 Commerce Street, Suite 1500
Nashville, TN 37203
Tel: (615) 780-6700
Fax: (615) 780-6799

**McDONALD CARANO LLP**
Matthew C. Addison, Nevada Bar No. 4201
Email: maddison@mcdonaldcarano.com
100 West Liberty Street
Tenth Floor
Reno, NV 89501
Tel: (775) 788-2000
Fax: (775) 788-2020
*Local Counsel for Defendant*

**K&L GATES LLP**
Christopher J. Valente
Email: christopher.valente@klgates.com
1 Congress Street, Suite 2900
Boston, MA 02114

Tel: (617) 261-3100
Fax: (617) 261-3175

*Attorneys for Plaintiff Wood Group USA, Inc.*

IT IS SO ORDERED

DATED this 6th day of February 2025.

_____
Miranda M. Du, U.S. District Judge